Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNICOLORS, INC., a California Corporation,

Plaintiff,

v.

SPECIALTY RETAILER, INC., a Texas Corporation; individually and doing business as "BEALLS"; NEW DIRECTION SPORT, INC., a New Jersey Corporation; DAFFYS, INC., a New Jersey Corporation; ROYAL CONCEPT, a California; CLOTHES MENTOR, LLC, a Minnesota Limited Liability Corporation; DILLARDS, INC., a Delaware Corporation; ROSS STORES, INC., a California Corporation; MEET MAGIC, INC., a New York Corporation; STAR CITY SPORTSWEAR, INC., a New York Corporation; TAHARILEVINE, LLC, a New Jersey Corporation; SIERRA ROSE, INC., a California Corporation; STEIN MART,

Case No. CV13-02931GW(AJWx)

PLAINTIFF'S COMPLAINT FOR:

1. COPYRIGHT INFRINGEMENT;

2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT

Jury Trial Demanded

- 1 -

INC., a Florida Corporation; VON
MAUR, INC., a Iowa Corporation;
BEACH SPORTS, INC., a Florida
Corporation; THE BEACH HOUSE
SWIMWEAR, INC., a Florida
Corporation; BEACHSIDE CASUALS, a
Hawaii Corporation; THE BEACH
SHOP, a business entity of form
unknown; BELK, INC., a North Carolina
Corporation; B&B DEPARTMENT
STORES, INC., a New Jersey
Corporation; BIRTHDAY SUITS, a
business entity of form unknown;
BLUMS, a business entity of form
unknown; BODY DOUBLE
SWIMWEAR, LLC, a Delaware Limited
Liability Company; BOUNTY TRADING
CORP., a New York Corporation; BLUE
WATER DESIGN, a business entity of
form unknown; MACYS, INC., a Ohio
Corporation; CALIFORNIA BEACH
HUT, a New Jersey business entity of
form unknown; CAMEO-WATER
WEAR, INC., a Pennsylvania
Corporation; CALIFORNIA SUNSHINE
SHOPS, INC., a Pennsylvania
Corporation; EMPRESSAS CECILIA
TAVERAS, a business entity of form
unknown; CENTURY 21
DEPARTMENT STORES, LLC, a New
York Limited Liability Company; THE
CLOTHES BASKET, a Georgia business
entity of form unknown; COUNTRY
CASUALS, a business entity of form
unknown; CRASH BOUTIQUE, a
business entity of form unknown;
DALE'S SWIM SHOP, a California
business entity of form unknown; SOUTH
OCEAN BEACH SHOP, INC., a Florida
Corporation; DIANE'S BEACHWEAR,

INC., a California Corporation; EAST MEETS WEST, LTD., a West Virginia Limited Company; ENDLESS SUMMER, a California Corporation; EVERYTHING BUT WATER, LLC, a California Limited Liability Company; CCFH MAUI, LLC, a Hawaiian Limited Liability Company; FRANS GIFTS, INC., individually, and doing business as "FRAN'S BEACHWEAR", a North Carolina Corporation; GRAND DEL MAR RESORT, a California business entity of form unknown; GRAND GALLERY SHOP, LTD., a business entity of form unknown; GRANVENT CO., a New Jersey Corporation; H.L HOOD, an Alabama Corporation; HORNBURG CALYPSO LTD., a business entity of form unknown; ISLAND TSHIRT CO., a business entity of form unknown; IMPORTADO MADERO, a business entity of form unknown; ISLAND BAZAAR, a business entity of form unknown; PONTE VEDRA INN & CLUB, a Florida business entity of form unknown; ISLAND TAN SWIMWEAR, a Tennessee business entity of form unknown; J YA, S.A., a business entity of form unknown; JAYTEX, a business entity of form unknown; JERRIE SHOP OF CEDARHURST, INC., a New York Corporation; JONESBORO JEAN JOINT, INC., an Arkansas Corporation; LA PLAGE SWEAMWEAR, INC., a South Carolina Corporation; LA PLAYA BEACH & GOLF RESORT, a Florida business entity of form unknown; SUNBUG, INC., a Florida Corporation; LATTITUDES, a business entity of form unknown;

- 3 -

LEN DRUSKIN, INC., a Minnesota Corporation; BIG M, INC., individually, and doing business as "MANDEE", a New Jersey Corporation; MARKLE'S, INC., a New Jersey Corporation; THE TJX COMPANIES INC., individually, and doing business as "MARSHALLS" and "NEWTON BUYING", a Delaware Corporation; MAUI, a business entity of form unknown; NAUTILUS, a business entity of form unknown; NORDSTROM, INC., a Washington Corporation; OCEAN REEF CLUB, INC., a Florida Corporation; PAMPO'S DANCE EMPORIUM, INC., a Louisiana Corporation; PETER ISLAND RESORT, a business entity of form unknown; PEEBLES SWIMWEAR, an Arizona business entity of form unknown; REDIX, INC., a North Carolina Corporation; SNC ENTERPRISES, LLC, an Arkansas Limited Liability Company; SALTY GIRLS, a South Carolina business entity of form unknown; MALLY SCHWARTZ, a business entity of form unknown; TAMS CORP., a business entity of form unknown; SHIRLEY & CO., INC., a Pennsylvania Corporation; SEA WHISPER, a business entity of form unknown; SLO SWIM, a California business entity of form unknown; SONYA'S, a business entity of form unknown; SOUTH MOON SALES, INC., a Maryland Corporation; SPLASH, a business entity of form unknown; SBS SPORTS, INC., individually, and doing business as "ST. BERNARD SPORTS", a Texas Corporation; STARBOARD CRUISE SERVICES, INC., a Florida Corporation; SUBURBAN CASUALS,

- 4 -

INC., a Pennsylvania Corporation; SUN
& SURF BEACH SHOP, INC., a Florida
Corporation; SUN SOLUTION, a
business entity of form unknown; SUN
TREE CORP., a business entity of form
unknown; SUNSHINE SHOP, a business
entity of form unknown; SWIM &
SPORT, a business entity of form
unknown; SWIM THINGS, a business
entity of form unknown; SWIMWEAR
SOLUTION, INC., a Kansas Corporation;
TAN LINES, INC., a Florida Corporation;
TIME OUT CLOTHING, a California
business entity of form unknown; TOWN
SHOP, a business entity of form
unknown; WATER & RAGS, a business
entity of form unknown; TRACI
O'NEILL, a business entity of form
unknown; RICE HULSEY, a business
entity of form unknown; LORI LEVINE,
a business entity of form unknown;
DOUG FRANK, a business entity of form
unknown; BARE NECESSITIES, a
business entity of form unknown;
BAREFOOT TRADER, INC., a Florida
Corporation; BASS PRO, a business
entity of form unknown; LUV-VAL
PROPERTIES, a business entity of form
unknown;

and DOES 1-10;

Defendants.

Plaintiff UNICOLORS, INC. (hereinafter "Unicolors" or "Plaintiff"), by and
through its undersigned attorneys, hereby prays to this honorable Court for relief
based on the following:

## **INTRODUCTION**

- 5 -

Unicolors creates and obtains rights to unique two-dimensional graphic artworks for use on textiles, which textiles are transacted primarily in the fashion industry. Unicolors owns these designs in exclusivity and makes sales of products bearing these designs for profit. Unicolors' business is predicated on its ownership of these designs and it spends a considerable amount of time and resources creating and obtaining top-quality, marketable and aesthetically appealing designs. Ongoing and potential customers of Unicolors obtain design samples from the company with the understanding and agreement that they will utilize only Unicolors to reproduce said designs should they wish to do so, and will not seek to print the designs elsewhere, or make minor changes to Unicolors' proprietary work to reproduce the same elsewhere. Despite this agreement, and Unicolors' exclusive ownership of the copyrights in its designs, parties will still exploit and print Unicolors' exclusive designs through third parties domestically and abroad. The defendants in this case have imported, purchased and sold without permission product bearing Plaintiff's proprietary, registered textile design.

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff UNICOLORS, INC. ("Plaintiff" or "Unicolors") is a corporation organized and existing under the laws of the State of California with its principal place of business located at 3251 East 26th Street, Vernon, California 90058.

5.  Plaintiff is informed and believes and thereon alleges that Defendant SPECIALTY RETAILER, INC. doing business as BEALLS is a corporation organized and existing under the laws of the state of Texas and is doing business in and with the state of California.

6.  Plaintiff is informed and believes and thereon alleges that Defendant NEW DIRECTION SPORT, INC. is a corporation organized and existing under the laws of the state of New Jersey and is doing business in and with the state of California.

7.  Plaintiff is informed and believes and thereon alleges that Defendant DAFFY'S, INC. is a corporation organized and existing under the laws of the state of New Jersey and is doing business in and with the state of California.

8.  Plaintiff is informed and believes and thereon alleges that Defendant ROYAL CONCEPT is a corporation organized and existing under the laws of the state of California and is doing business in and with the state of California.

9.  Plaintiff is informed and believes and thereon alleges that Defendant CLOTHES MENTOR, LLC is a limited liability corporation organized and existing under the laws of the state of Minnesota and is doing business in and with the state of California.

10. Plaintiff is informed and believes and thereon alleges that Defendant DILLARD'S, INC. is a corporation organized and existing under the laws of the state of Delaware and is doing business in and with the state of California.

11. Plaintiff is informed and believes and thereon alleges that Defendant ROSS STORES, INC. is a corporation organized and existing under the laws of the state of California and is doing business in and with the state of California.

12. Plaintiff is informed and believes and thereon alleges that Defendant MEET MAGIC, INC. is a corporation organized and existing under the laws of the state of New York and is doing business in and with the state of California.

13. Plaintiff is informed and believes and thereon alleges that Defendant STAR CITY SPORTSWEAR, INC. is a corporation organized and existing under the laws of the state of New York and is doing business in and with the state of California

14. Plaintiff is informed and believes and thereon alleges that Defendant TAHARILEVINE, LLC is a corporation organized and existing under the laws of the state of New Jersey and is doing business in and with the state of California.

15. Plaintiff is informed and believes and thereon alleges that Defendant SIERRA ROSE, INC. is a corporation organized and existing under the laws of the state of California and is doing business in and with the state of California.

16. Plaintiff is informed and believes and thereon alleges that Defendant STEIN MART, INC. is a corporation organized and existing under the laws of the state of Florida and is doing business in and with the state of California.

17. Plaintiff is informed and believes and thereon alleges that Defendant VON MAUR, INC. is a corporation organized and existing under the laws of the state of Iowa and is doing business in and with the state of California.

18. Plaintiff is informed and believes and thereon alleges that Defendant BEACH SPORTS, INC. is a corporation organized and existing under the laws of the state of Florida and is doing business in and with the state of California.

19. Plaintiff is informed and believes and thereon alleges that Defendant THE BEACH HOUSE SWIMSWEAR, INC. is a corporation organized and existing under the laws of the state of Florida and is doing business in and with the state of California.

20. Plaintiff is informed and believes and thereon alleges that Defendant BEACHSIDE CASUALS is a corporation organized and existing under the laws of the state of Hawaii and is doing business in and with the state of California.

COMPLAINT

21. Plaintiff is informed and believes and thereon alleges that Defendant THE BEACH SHOP is a business entity of form unknown.

22. Plaintiff is informed and believes and thereon alleges that Defendant BELK, INC. is a corporation organized and existing under the laws of the state of North Carolina and is doing business in and with the state of California.

23. Plaintiff is informed and believes and thereon alleges that Defendant B&B DEPARTMENT STORES, INC. is a corporation organized and existing under the laws of the state of New Jersey and is doing business in and with the state of California.

24. Plaintiff is informed and believes and thereon alleges that Defendant BIRTHDAY SUITS is a business entity of form unknown.

25. Plaintiff is informed and believes and thereon alleges that Defendant BLUMS is a business entity of form unknown.

26. Plaintiff is informed and believes and thereon alleges that Defendant BODY DOUBLE SWIMWEAR, LLC is a corporation organized and existing under the laws of the state of Delaware and is doing business in and with the state of California.

27. Plaintiff is informed and believes and thereon alleges that Defendant BOUNTY TRADING CORP. is a corporation organized and existing under the laws of the state of New York and is doing business in and with the state of California.

28. Plaintiff is informed and believes and thereon alleges that Defendant BLUE WATER DESIGN is a business entity of form unknown.

29. Plaintiff is informed and believes and thereon alleges that Defendant MACY'S, INC. is a corporation organized and existing under the laws of the state of Ohio and is doing business in and with the state of California.

COMPLAINT

30. Plaintiff is informed and believes and thereon alleges that Defendant CALIFORNIA BEACHHUT is a New Jersey business entity of form unknown.

31. Plaintiff is informed and believes and thereon alleges that Defendant CAMEO-WATER WEAR, INC. is a corporation organized and existing under the laws of the state of Pennsylvania and is doing business in and with the state of California.

32. Plaintiff is informed and believes and thereon alleges that Defendant CALIFORNIA SUNSHINE SHOPS, INC. is a corporation organized and existing under the laws of the state of Pennsylvania and is doing business in and with the state of California.

33. Plaintiff is informed and believes and thereon alleges that Defendant EMPRESSAS CECILIA TAVERAS is a business entity of form unknown.

34. Plaintiff is informed and believes and thereon alleges that Defendant CENTURY 21 DEPARTMENT STORES, LLC is a corporation organized and existing under the laws of the state of New York and is doing business in and with the state of California.

35. Plaintiff is informed and believes and thereon alleges that Defendant THE CLOTHES BASKET is a Georgia business entity of form unknown.

36. Plaintiff is informed and believes and thereon alleges that Defendant COUNTRY CASUALS is a business entity of form unknown.

37. Plaintiff is informed and believes and thereon alleges that Defendant CRASH BOUTIQUE is a business entity of form unknown.

38. Plaintiff is informed and believes and thereon alleges that Defendant DALE'S SWIM SHOP is a California business entity of form unknown.

39. Plaintiff is informed and believes and thereon alleges that Defendant SOUTH OCEAN BEACH STOP, INC. is a corporation organized and existing

COMPLAINT

under the laws of the state of Florida and is doing business in and with the state of California.

40. Plaintiff is informed and believes and thereon alleges that Defendant DIANE'S BEACHWEAR, INC. is a corporation organized and existing under the laws of the state of California and is doing business in and with the state of California.

41. Plaintiff is informed and believes and thereon alleges that Defendant EAST MEETS WEST, LTD. is a corporation organized and existing under the laws of the state of West Virginia and is doing business in and with the state of California.

42. Plaintiff is informed and believes and thereon alleges that Defendant ENDLESS SUMMER is a corporation organized and existing under the laws of the state of California and is doing business in and with the state of California.

43. Plaintiff is informed and believes and thereon alleges that Defendant EVERYTHING BUT WATER, LLC is a corporation organized and existing under the laws of the state of California and is doing business in and with the state of California.

44. Plaintiff is informed and believes and thereon alleges that Defendant CCFH MAUI, LLC is a corporation organized and existing under the laws of the state of Hawaii and is doing business in and with the state of California.

45. Plaintiff is informed and believes and thereon alleges that Defendant FRAN'S GIFTS, INC. doing business as "FRAN'S BEACHWEAR" is a corporation organized and existing under the laws of the state of North Carolina and is doing business in and with the state of California.

46. Plaintiff is informed and believes and thereon alleges that Defendant GRAND DEL MAR RESORT is a California business entity of form unknown.

COMPLAINT

47. Plaintiff is informed and believes and thereon alleges that Defendant GRAND GALLERY SHOP, LTD. is a business entity of form unknown.

48. Plaintiff is informed and believes and thereon alleges that Defendant GRANVENT CO. is a is a corporation organized and existing under the laws of the state of New Jersey corporation and is doing business in and with the state of California.

49. Plaintiff is informed and believes and thereon alleges that Defendant H.L HOOD is a corporation organized and existing under the laws of the state of Alabama and is doing business in and with the state of California.

50. Plaintiff is informed and believes and thereon alleges that Defendant HORNBURG CALYPSO LTD. is a business entity of form unknown.

51. Plaintiff is informed and believes and thereon alleges that Defendant ISLAND TSHIRT CO. is a business entity of form unknown.

52. Plaintiff is informed and believes and thereon alleges that Defendant IMPORTADO MADERO is a business entity of form unknown.

53. Plaintiff is informed and believes and thereon alleges that Defendant ISLAND BAZAAR is a business entity of form unknown.

54. Plaintiff is informed and believes and thereon alleges that Defendant PONTE VEDRA INN & CLUB is a Florida business entity of form unknown.

55. Plaintiff is informed and believes and thereon alleges that Defendant ISLAND TAN SWIMWEAR is a Tennessee business entity of form unknown.

56. Plaintiff is informed and believes and thereon alleges that Defendant J YA, S.A. is a business entity of form unknown.

57. Plaintiff is informed and believes and thereon alleges that Defendant JAYTEX is a business entity of form unknown.

58. Plaintiff is informed and believes and thereon alleges that Defendant JERRIE SHOP OF CEDARHURST, INC. is a corporation organized and existing

- 12 -

under the laws of the state of New York and is doing business in and with the state of California.

59. Plaintiff is informed and believes and thereon alleges that Defendant JONESBORO JEAN JOINT, INC. is a corporation organized and existing under the laws of the state of Arkansas and is doing business in and with the state of California.

60. Plaintiff is informed and believes and thereon alleges that Defendant LA PLAGE SWEAMWEAR, INC. is a corporation organized and existing under the laws of the state of South Carolina and is doing business in and with the state of California.

61. Plaintiff is informed and believes and thereon alleges that Defendant LA PLAYA BEACH & GOLF RESORT is a Florida business entity of form unknown.

62. Plaintiff is informed and believes and thereon alleges that Defendant SUNBUG, INC. is a corporation organized and existing under the laws of the state of Florida and is doing business in and with the state of California.

63. Plaintiff is informed and believes and thereon alleges that Defendant LATTITUDES is a business entity of form unknown.

64. Plaintiff is informed and believes and thereon alleges that Defendant LEN DRUSKIN, INC. is a corporation organized and existing under the laws of the state of Minnesota and is doing business in and with the state of California.

65. Plaintiff is informed and believes and thereon alleges that Defendant BIG M, INC. doing business as "MANDEE" is a corporation organized and existing under the laws of the state of New Jersey and is doing business in and with the state of California.

COMPLAINT

66. Plaintiff is informed and believes and thereon alleges that Defendant MARKLE'S, INC. is a corporation organized and existing under the laws of the state of New Jersey and is doing business in and with the state of California.

67. Plaintiff is informed and believes and thereon alleges that Defendant THE TJX COMPANIES, INC. doing business as "MARSHALL'S" and "NEWTON BUYING" is a corporation organized and existing under the laws of the state of Delaware and is doing business in and with the state of California.

68. Plaintiff is informed and believes and thereon alleges that Defendant MAUI is a business entity of form unknown.

69. Plaintiff is informed and believes and thereon alleges that Defendant NAUTILUS is a business entity of form unknown.

70. Plaintiff is informed and believes and thereon alleges that Defendant NORDSTROM, INC. is a corporation organized and existing under the laws of the state of Washington and is doing business in and with the state of California.

71. Plaintiff is informed and believes and thereon alleges that Defendant REEF CLUB, INC. is a corporation organized and existing under the laws of the state of Florida and is doing business in and with the state of California.

72. Plaintiff is informed and believes and thereon alleges that Defendant PAMO'S DANCE EMPORIUM, INC. is a corporation organized and existing under the laws of the state of Louisiana and is doing business in and with the state of California.

73. Plaintiff is informed and believes and thereon alleges that Defendant PETER ISLAND RESORT is a business entity of form unknown.

74. Plaintiff is informed and believes and thereon alleges that Defendant PEEBLES SWIMWEAR is an Arizona business entity of form unknown.

- 14 -

COMPLAINT

75. Plaintiff is informed and believes and thereon alleges that Defendant REDIX, INC. is a corporation organized and existing under the laws of the state of North Carolina and is doing business in and with the state of California.

76. Plaintiff is informed and believes and thereon alleges that Defendant SNC ENTERPRISES, LLC is a corporation organized and existing under the laws of the state of Arkansas and is doing business in and with the state of California.

77. Plaintiff is informed and believes and thereon alleges that Defendant SALTY GIRLS is a South Carolina business entity of form unknown.

78. Plaintiff is informed and believes and thereon alleges that Defendant MALLY SCHWARTZ is a business entity of form unknown.

79. Plaintiff is informed and believes and thereon alleges that Defendant TAMPS CORP. is a business entity of form unknown.

80. Plaintiff is informed and believes and thereon alleges that Defendant SHIRLEY & CO., INC. is a corporation organized and existing under the laws of the state of Pennsylvania and is doing business in and with the state of California.

81. Plaintiff is informed and believes and thereon alleges that Defendant SEA WHISPER is a business entity of form unknown.

82. Plaintiff is informed and believes and thereon alleges that Defendant SLO SWIM is a California business entity of form unknown.

83. Plaintiff is informed and believes and thereon alleges that Defendant SONYA'S is a business entity of form unknown.

84. Plaintiff is informed and believes and thereon alleges that Defendant SOUTH MOON SALES, INC. is a corporation organized and existing under the laws of the state of Maryland and is doing business in and with the state of California.

85. Plaintiff is informed and believes and thereon alleges that Defendant SPLASH is a business entity of form unknown.

- 15 -

COMPLAINT

86. Plaintiff is informed and believes and thereon alleges that Defendant SBS SPORTS, INC. doing business as "ST. BERNARD SPORTS" is a corporation organized and existing under the laws of the state of Texas and is doing business in and with the state of California.

87. Plaintiff is informed and believes and thereon alleges that Defendant STARBOARD CRUISE SERVICES, INC. is a corporation organized and existing under the laws of the state of Florida and is doing business in and with the state of California.

88. Plaintiff is informed and believes and thereon alleges that Defendant SUBURBAN CASUALS, INC. is a corporation organized and existing under the laws of the state of Pennsylvania and is doing business in and with the state of California.

89. Plaintiff is informed and believes and thereon alleges that Defendant SUN & SURF BEACH SHOP, INC. is a corporation organized and existing under the laws of Florida and is doing business in and with the state of California.

90. Plaintiff is informed and believes and thereon alleges that Defendant SUN SOLUTION is a business entity of form unknown.

91. Plaintiff is informed and believes and thereon alleges that Defendant SUN TREE CORP. is a business entity of form unknown.

92. Plaintiff is informed and believes and thereon alleges that Defendant SUNSHINE SHOP is a business entity of form unknown.

93. Plaintiff is informed and believes and thereon alleges that Defendant SWIM & SPORT is a business entity of form unknown.

94. Plaintiff is informed and believes and thereon alleges that Defendant SWIM THINGS is a business entity of form unknown.

95.Plaintiff is informed and believes and thereon alleges that Defendant SWIMWEAR SOLUTION, INC. is a corporation organized and existing under the

- 16 -

laws of the state of Kansas and is doing business in and with the state of California.

96. Plaintiff is informed and believes and thereon alleges that Defendant TAN LINES, INC. is a corporation organized and existing under the laws of the state of Florida and is doing business in and with the state of California.

97. Plaintiff is informed and believes and thereon alleges that Defendant TIME OUT CLOTHING is a California business entity of form unknown.

98. Plaintiff is informed and believes and thereon alleges that Defendant TOWN SHOP is a business entity of form unknown.

99. Plaintiff is informed and believes and thereon alleges that Defendant WATER & RAGS is a business entity of form unknown.

100. Plaintiff is informed and believes and thereon alleges that Defendant TRACI O' NEILL is a business entity of form unknown.

101. Plaintiff is informed and believes and thereon alleges that Defendant RICE HULSEY is a business entity of form unknown.

102. Plaintiff is informed and believes and thereon alleges that Defendant LORI LEVINE is a business entity of form unknown.

103. Plaintiff is informed and believes and thereon alleges that Defendant DOUG FRANK is a business entity of form unknown.

104. Plaintiff is informed and believes and thereon alleges that Defendant TRACI O' NEILL is a business entity of form unknown.

105. Plaintiff is informed and believes and thereon alleges that Defendant BARE NECESSITITES is a business entity of form unknown.

106. Plaintiff is informed and believes and thereon alleges that Defendant BAREFOOT TRADER, INC. is a corporation organized and existing under the laws of the state of Florida and is doing business in and with the state of California.

- 17 -

107.    Plaintiff is informed and believes and thereon alleges that Defendant BASS PRO is a business entity of form unknown.

108.    Plaintiff is informed and believes and thereon alleges that Defendant LUV-VAL PROPERTIES is a business entity of form unknown.

109.    Plaintiff is informed and believes and thereon alleges that Defendant DOES 1-5, inclusive, is a manufacturer and/or a vendor (and/or agent or employee to a manufacturer or vendor) of garments to Defendant, which DOE Defendants have manufactured and/or supplied and are manufacturing and/or supplying fabrics and other product printed with Plaintiff's copyrighted design (as hereinafter defined) without Plaintiff's knowledge or consent or have contributed to said infringement.

110.    Defendants DOES 6 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants DOES 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

111.    Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not

limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO CE169

112.     Plaintiff owns a United States Copyright Registration covering a two-dimensional textile design it has internally designated as "CE 169" ("Subject Design"). A true and correct copy of Subject Design is set forth and identified hereinbelow, and is attached as Exhibit One. This design was offered for sale prior to the acts complained of herein, and is owned exclusively by the Plaintiff.

///

COMPLAINT

SUBJECT DESIGN:



113.      Plaintiff's investigation revealed that Defendants, and each of them, were purchasing, marketing, distributing, and selling for profit garments that bore a textile print that was at least substantially similar to Subject Design (hereinafter "Accused Product"). Examples of Accused Product are attached

COMPLAINT

hereto as Exhibit Two, but the garments pictured in said exhibit are not meant to be inclusive of all garments sold by Defendants, and each of them, that infringe the Subject Design. Accused Product is meant to include all product sold by Defendants, and each, that bears a design that is at least substantially similar to the Subject Design.

114.    Plaintiff is informed and believes and thereon alleges that Defendant vendors and/or DOE Defendants sold, distributed, and otherwise provided the Accused Product to Defendant retailers and DOE Defendants.

115.    Plaintiff is informed and believes and thereon alleges that Defendant vendors and/or DOE Defendants bought, imported, or otherwise obtained the Accused Product, or the elements thereof, from other DOE Defendants.

116.    Prior to the alleged infringement, Plaintiff had formatted the Subject Design for use on textiles, sampled Subject Design to prospective customers and negotiated sales of fabric bearing Subject Design.

117.    Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, Defendants, and each of them, purchased, sold, manufactured, caused to be manufactured, imported and/or distributed Accused Product and/or fabric and/or garments comprised of fabric featuring a design which is identical to, or substantially similar to, Subject Design.

118.    Plaintiff is informed and believed and thereon alleges that it requested that one or more of the Defendants cease and desist in certain of the acts of infringement alleged herein and provide an accounting and that said request was not satisfied, and/or that Defendants knew or should have known they were committing infringement when engaging in the conduct alleged herein.

## **FIRST CLAIM FOR RELIEF**

(For Copyright Infringement - Against All Defendants)

- 21 -

119.     Plaintiff repeats, re-alleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

120.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design, including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Design by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to legitimate Unicolors fabric in the marketplace; and (d) access to Plaintiff's strike-offs and samples.

121.     Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s) have an ongoing business relationship with the retailer Defendants, and each of them, and supplied garments to said retailers, which garments infringed the Subject Design in that said garments were composed of fabric which featured an unauthorized print design that was identical or substantially similar to the Subject Design.

122.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by creating, making and/or developing directly infringing and/or derivative works from the Subject Design and by producing, distributing and/or selling fabric and/or garments which infringe the Subject Design through a nationwide network of retail stores and on-line outlets.

123.     Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

- 22 -

COMPLAINT

124. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

125. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design in an amount to be established at trial.

126. Plaintiff is informed and believes and thereon alleges that the infringement of Unicolors' copyrighted design was willful, reckless, and/or in blatant disregard for Unicolors' rights as a copyright holder, and as such, claims willful, exemplary and enhanced statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement - Against All Defendants)

127. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

128. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and/or subsequent sales of product featuring the Subject Design as alleged hereinabove.

129. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

130.     By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

131.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design, in an amount to be established at trial.

132.     Plaintiff is informed and believes and thereon alleges that the infringement of Unicolors' copyrighted designs was willful, reckless, and/or in blatant disregard for Unicolors' rights as a copyright holder, and as such, claims willful, exemplary and enhanced statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### ***Against All Defendants***

1. With Respect to Each Claim for Relief

   a. That Defendants, their agents and employees be enjoined from infringing Plaintiff's copyrights in any manner, specifically those for the Subject Design;

   b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

- 24 -

COMPLAINT

c. That Plaintiff be awarded additional, enhanced, and elevated damages given the reckless and willful nature of the acts alleged;

d. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

e. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from their acts of infringement;

f. That Plaintiff be awarded pre-judgment interest as allowed by law;

g. That Plaintiff be awarded the costs of this action;

h. That Plaintiff be awarded general and special damages; and

i. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

A <u>TRIAL BY JURY</u> PURSUANT TO FED. R. CIV. P. 38 AND CONSTITUTIONAL AMENDMENT SEVEN IS HEREBY DEMANDED.

Respectfully submitted,

DONIGER / BURROUGHS

Date: April 22, 2013          By: _____

Scott A. Burroughs, Esq.
Annie Aboulian, Esq.
Attorneys for Plaintiff

- 25 -

COMPLAINT

<u>EXHIBIT ONE</u>



CE169  NOT ACTUAL SIZE

# EXHIBIT TWO











Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER/BURROUGHS, APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC. a California Corporation <br><br> PLAINTIFF(S) <br><br> v. <br><br> SPECIALTY RETAILER, INC. a Texas Corporation, individually and doing business as "BEALLS"; et.al. [See attached "Schedule A"] <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV13-02931** bW (AJWx) <br><br><br> **SUMMONS** |

TO:      DEFENDANT(S):

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Scott A. Burroughs, Esq. _____, whose address is DONIGER/BURROUGHS APC 300 Corporate Pointe, Ste. 355 Culver City, CA 90230 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

APR 2 5 2013

Clerk, U.S. District Court

JULIE PRADO

Dated: _____

By: _____
                  Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

<u>"SCHEDULE A"</u>

UNICOLORS, INC., a California Corporation,

Plaintiff,

v.

SPECIALTY RETAILER, INC., a Texas Corporation; individually and doing
business as "BEALLS"; NEW DIRECTION SPORT, INC., a New Jersey
Corporation; DAFFYS, INC., a New Jersey Corporation; ROYAL CONCEPT, a
California; CLOTHES MENTOR, LLC, a Minnesota Limited Liability
Corporation; DILLARDS, INC., a Delaware Corporation; ROSS STORES, INC., a
California Corporation; MEET MAGIC, INC., a New York Corporation; STAR
CITY SPORTSWEAR, INC., a New York Corporation; TAHARILEVINE, LLC, a
New Jersey Corporation; SIERRA ROSE, INC., a California Corporation; STEIN
MART, INC., a Florida Corporation; VON MAUR, INC., a Iowa Corporation;
BEACH SPORTS, INC., a Florida Corporation; THE BEACH HOUSE
SWIMWEAR, INC., a Florida Corporation; BEACHSIDE CASUALS, a Hawaii
Corporation; THE BEACH SHOP, a business entity of form unknown; BELK,
INC., a North Carolina Corporation; B&B DEPARTMENT STORES, INC., a New
Jersey Corporation; BIRTHDAY SUITS, a business entity of form unknown;
BLUMS, a business entity of form unknown; BODY DOUBLE SWIMWEAR,
LLC, a Delaware Limited Liability Company; BOUNTY TRADING CORP., a
New York Corporation; BLUE WATER DESIGN, a business entity of form
unknown; MACYS, INC., a Ohio Corporation; CALIFORNIA BEACH HUT, a
New Jersey business entity of form unknown; CAMEO-WATER WEAR, INC., a
Pennsylvania Corporation; CALIFORNIA SUNSHINE SHOPS, INC., a
Pennsylvania Corporation; EMPRESSAS CECILIA TAVERAS, a business entity
of form unknown; CENTURY 21 DEPARTMENT STORES, LLC, a New York
Limited Liability Company; THE CLOTHES BASKET, a Georgia business entity
of form unknown; COUNTRY CASUALS, a business entity of form unknown;
CRASH BOUTIQUE, a business entity of form unknown; DALE'S SWIM SHOP,
a California business entity of form unknown; SOUTH OCEAN BEACH SHOP,
INC., a Florida Corporation; DIANE'S BEACHWEAR, INC., a California
Corporation; EAST MEETS WEST, LTD., a West Virginia Limited Company;
ENDLESS SUMMER, a California Corporation; EVERYTHING BUT WATER,
LLC, a California Limited Liability Company; CCFH MAUI, LLC, a Hawaiian
Limited Liability Company; FRANS GIFTS, INC., individually, and doing
business as "FRAN'S BEACHWEAR", a North Carolina Corporation; GRAND

DEL MAR RESORT, a California business entity of form unknown; GRAND GALLERY SHOP, LTD., a business entity of form unknown; GRANVENT CO., a New Jersey Corporation; H.L HOOD, an Alabama Corporation; HORNBURG CALYPSO LTD., a business entity of form unknown; ISLAND TSHIRT CO., a business entity of form unknown; IMPORTADO MADERO, a business entity of form unknown; ISLAND BAZAAR, a business entity of form unknown; PONTE VEDRA INN & CLUB, a Florida business entity of form unknown; ISLAND TAN SWIMWEAR, a Tennessee business entity of form unknown; J YA, S.A., a business entity of form unknown; JAYTEX, a business entity of form unknown; JERRIE SHOP OF CEDARHURST, INC., a New York Corporation; JONESBORO JEAN JOINT, INC., an Arkansas Corporation; LA PLAGE SWEAMWEAR, INC., a South Carolina Corporation; LA PLAYA BEACH & GOLF RESORT, a Florida business entity of form unknown; SUNBUG, INC., a Florida Corporation; LATTITUDES, a business entity of form unknown; LEN DRUSKIN, INC., a Minnesota Corporation; BIG M, INC., individually, and doing business as "MANDEE", a New Jersey Corporation; MARKLE'S, INC., a New Jersey Corporation; THE TJX COMPANIES INC., individually, and doing business as "MARSHALLS" and "NEWTON BUYING", a Delaware Corporation; MAUI, a business entity of form unknown; NAUTILUS, a business entity of form unknown; NORDSTROM, INC., a Washington Corporation; OCEAN REEF CLUB, INC., a Florida Corporation; PAMPO'S DANCE EMPORIUM, INC., a Louisiana Corporation; PETER ISLAND RESORT, a business entity of form unknown; PEEBLES SWIMWEAR, an Arizona business entity of form unknown; REDIX, INC., a North Carolina Corporation; SNC ENTERPRISES, LLC, an Arkansas Limited Liability Company; SALTY GIRLS, a South Carolina business entity of form unknown; MALLY SCHWARTZ, a business entity of form unknown; TAMS CORP., a business entity of form unknown; SHIRLEY & CO., INC., a Pennsylvania Corporation; SEA WHISPER, a business entity of form unknown; SLO SWIM, a California business entity of form unknown; SONYA'S, a business entity of form unknown; SOUTH MOON SALES, INC., a Maryland Corporation; SPLASH, a business entity of form unknown; SBS SPORTS, INC., individually, and doing business as "ST. BERNARD SPORTS", a Texas Corporation; STARBOARD CRUISE SERVICES, INC., a Florida Corporation; SUBURBAN CASUALS, INC., a Pennsylvania Corporation; SUN & SURF BEACH SHOP, INC., a Florida Corporation; SUN SOLUTION, a business entity of form unknown; SUN TREE CORP., a business entity of form unknown; SUNSHINE SHOP, a business entity of form unknown; SWIM & SPORT, a business entity of form unknown; SWIM THINGS, a business entity of form unknown; SWIMWEAR SOLUTION, INC., a Kansas Corporation; TAN LINES, INC., a Florida Corporation; TIME OUT CLOTHING, a California business entity

of form unknown; TOWN SHOP, a business entity of form unknown; WATER & RAGS, a business entity of form unknown; TRACI O'NEILL, a business entity of form unknown; RICE HULSEY, a business entity of form unknown; LORI LEVINE, a business entity of form unknown; DOUG FRANK, a business entity of form unknown; BARE NECESSITIES, a business entity of form unknown; BAREFOOT TRADER, INC., a Florida Corporation; BASS PRO, a business entity of form unknown; LUV-VAL PROPERTIES, a business entity of form unknown;

and DOES 1-10;

Defendants.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ ) | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) |
|---|---|
| UNICOLORS, INC. a California Corporation | SPECIALTY RETAILERS, INC. a Texas Corporation; et. al. |

| **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |
|---|---|
| Stephen M. Doniger (SBN 179314)   300 Corporate Pointe, Suite 355<br>Scott A. Burroughs (SBN 235718)   Culver City, California  90230<br>DONIGER/BURROUGHS, APC      Tel: (310) 590-1820; Fax: (310) 417-3538 | |

| **II. BASIS OF JURISDICTION** (Place an X in one box only.) | **III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only<br>(Place an X in one box for plaintiff and one for defendant) | | | |
|---|---|---|---|---|
| | | PTF | DEF | PTF | DEF |

| | | | | | | | PTF | DEF | | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 1. U.S. Government Plaintiff | ☒ 3. Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| ☐ 2. U.S. Government Defendant | ☐ 4. Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding   ☐ 2. Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Reinstated or Reopened   ☐ 5. Transferred from Another District (Specify)   ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No        ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
Copyright Act of 1976, Title 17 U.S.C., § 101 et seq. - Action for misappropriation of Plaintiff's two-dimensional artwork used in the textile industry.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ-enced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com-modities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:  Case Number: _____     CV13-02931

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| UNICOLORS, INC. -Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| [See attached "Schedule B"] | [See attached "Schedule B"] |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note**: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: 4/24/2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

## "SCHEDULE B"

| County in this District | Outside of this District; State |
|---|---|
| ROYAL CONCEPT-Los Angeles | SPECIALTY RETAILER, INC.-Texas |
| ROSS STORES, INC.-Pleasanton | NEW DIRECTION SPORT, INC.- New Jersey |
| SIERRA ROSE, INC.-Los Angeles | DAFFYS, INC-New Jersey |
| DALE'S SWIM SHOP-Los Angeles | CLOTHES MENTOR, LLC-Minnesota; |
| DIANE'S BEACHWEAR, INC-Los Angeles | DILLARDS, INC.- Delaware |
| ENDLESS SUMMER-Los Angeles | MEET MAGIC, INC.-New York |
| EVERYTHING BUT WATER, LLC-Los Angeles | STAR CITY SPORTSWEAR, INC.-New York |
| GRAND DEL MAR RESORT-Los Angeles | TAHARILEVINE, LLC-New Jersey |
| GRAND GALLERY SHOP, LTD-unknown | |
| | STEIN MART, INC.-Florida |
| | VON MAUR, INC,- Iowa |
| | BEACH SPORTS, INC., Florida Corporation; |
| | THE BEACH HOUSE SWIMWEAR, INC.-Florida |
| | BEACHSIDE CASUALS-Hawaii |
| | THE BEACH SHOP-unknown |
| | BELK, INC.- North Carolina |
| | B&B DEPARTMENT STORES, INC- New Jersey |
| | BIRTHDAY SUITS- unknown; |
| | BLUMS-unknown; |
| | BODY DOUBLE SWIMWEAR, LLC,- Delaware |
| | BOUNTY TRADING CORP.,-New York |
| | BLUE WATER DESIGN- unknown; |
| | MACYS, INC.-Ohio |
| | CALIFORNIA BEACH HUT-New Jersey |
| | CAMEO-WATER WEAR, INC.-Pennsylvania |
| | CALIFORNIA SUNSHINE SHOPS, INC- Pennsylvania |
| | EMPRESSAS CECILIA TAVERAS-unknown; |
| | CENTURY 21 DEPARTMENT STORES, LLC-New York |
| | THE CLOTHES BASKET,-unknown |
| | COUNTRY CASUALS-unknown; |
| | CRASH BOUTIQUE-unknown |
| | SOUTH OCEAN BEACH SHOP, INC.-Florida |
| | EAST MEETS WEST, LTD.-West Virginia |
| | CCFH MAUI, LLC,-Hawaiian |
| | FRANS GIFTS, INC- North Carolina |
| | GRANVENT CO.,-New Jersey |
| | H.L HOOD-Alabama |
| | HORNBURG CALYPSO LTD.-unknown; |
| | ISLAND TSHIRT CO.-unknown; |
| | IMPORTADO MADERO-unknown; |
| | ISLAND BAZAAR-unknown; |
| | PONTE VEDRA INN & CLUB- Florida |
| | ISLAND TAN SWIMWEAR-Tennessee |
| | J YA, S.A.-unknown; |
| | JAYTEX- unknown; |
| | JERRIE SHOP OF CEDARHURST, INC.-New York |
| | JONESBORO JEAN JOINT, INC- Arkansas |
| | LA PLAGE SWEAMWEAR, INC.-South Carolina |
| | LA PLAYA BEACH & GOLF RESORT-Florida |
| | SUNBUG, INC.-Florida; |

| | |
|---|---|
| | LATTITUDES-unknown;<br>LEN DRUSKIN, INC.-Minnesota<br>BIG M, INC., individually, and doing business as<br>"MANDEE"-New Jersey<br>MARKLE'S, INC.-New Jersey<br>THE TJX COMPANIES INC.- Delaware<br>MAUI- unknown;<br>NAUTILUS- unknown;<br>NORDSTROM, INC.,-Washington<br>OCEAN REEF CLUB, INC.- Florida<br>PAMPO'S DANCE EMPORIUM, INC.-  Louisiana<br>PETER ISLAND RESORT- unknown;<br>PEEBLES SWIMWEAR- unknown;<br>REDIX, INC- North Carolina<br>SNC ENTERPRISES, LLC- Arkansas<br>SALTY GIRLS-South Carolina<br>MALLY SCHWARTZ- unknown;<br>TAMS CORP., a business entity of form unknown;<br>SHIRLEY & CO., INC.,- Pennsylvania<br>SEA WHISPER, - unknown;<br>SPLASH- unknown;<br>SBS SPORTS, INC-Texas<br>STARBOARD CRUISE SERVICES, INC.- Florida<br>SUBURBAN CASUALS, INC.-Pennsylvania SUN &<br>SURF BEACH SHOP, INC.-Florida<br>SUN SOLUTION, a business entity of form unknown;<br>SUN TREE CORP., a business entity of form unknown;<br>SUNSHINE SHOP, a business entity of form unknown;<br>SWIM & SPORT, a business entity of form unknown;<br>SWIM THINGS, a business entity of form unknown;<br>SWIMWEAR SOLUTION, INC.-Kansas<br>TAN LINES, INC.-Florida<br>TIME OUT CLOTHING,- unknown;<br>TOWN SHOP, a business entity of form unknown;<br>WATER & RAGS, a business entity of form unknown;<br>TRACI O'NEILL, a business entity of form unknown;<br>RICE HULSEY, a business entity of form unknown;<br>LORI LEVINE, a business entity of form unknown;<br>DOUG FRANK, a business entity of form unknown;<br>BARE NECESSITIES, a business entity of form<br>unknown;<br>BAREFOOT TRADER, INC.- Florida<br>BASS PRO, a business entity of form unknown;<br>LUV-VAL PROPERTIES- unknown |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV13- 2931 GW (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.